**CM/ECF**

**PDF FILE WITH AUDIO FILE ATTACHMENT**

Total Page Count: 1

Printed: Wednesday, December 03, 2008     07:42:48 AM
Application: CM/ECF AUDIO INTERFACE : 2008.10.27.6

| | |
|---|---|
| Office : | 8 |
| Case Type : | BK |
| Case Number : | 08-06317 |
| Debtor : | Haywood Theodore Ada |
| Session Name : | 2008-12-02ats |
| Session Sequence : | 0023 |
| Session Date\Time : | 12/2/2008 10:17:31 AM |
| Audio File Name : | 8BK08-06317-2008-12-02ats-0023.mp3 |
| Audio File Size : | 5689 KB |
| Audio Run Time : | [00:47:24] (hh:mm:ss) |